NELSON *v.* LEGG, sheriff, *et al.*

BECK, P. J. This case is controlled by the case of *Ryman* v. *Legg,* ante, 534. Under that ruling the court erred in sustaining a general demurrer to the petition. All that took place after sustaining the general demurrer was nugatory, and the case is remanded for another hearing.

*Judgment reversed. All the Justices concur.*

GILBERT, J., concurs specially for the reasons stated in the case of *Ryman* v. *Legg,* supra.

No. 9944. SEPTEMBER 21, 1934.

*O. C. Hancock* and *P. J. Riordan,* for plaintiff.
*H. G. Vandiviere* and *J. G. Roberts,* for defendants.